IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:21CR 13 |
| v. | § | Judge Mazzant |
| | § | |
| SHAWN CHISAM PRICE | § | |

**FILED**

**INDICTMENT**

JAN 1 4 2021

THE UNITED STATES GRAND JURY CHARGES:

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**Count One**

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a
Felon)

On or about October 13, 2020, in the Eastern District of Texas, **Shawn Chisam Price**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit, a .44 Magnum Ruger Blackhawk Revolver, bearing serial number 83-99112, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
**Pursuant to 18 U.S.C. § 924(d)(1)**

As a result of the commission of the foregoing offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g), namely, the following:

1.  .44 Magnum Ruger Blackhawk Revolver, bearing serial number 83-99112;

Indictment/Notice of Penalty - Page 1

2.  Any associated ammunition.

Substitute assets

If any property subject to forfeiture as a result of any act or omission by the

defendant (i) cannot be located upon the exercise of due diligence, (ii) has been

transferred or sold to, or deposited with a third party, (iii) has been placed beyond the

jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been

commingled with other property which cannot be subdivided without difficulty, the

defendant shall forfeit to the United States any other property of the defendant's up to the

value of the forfeitable property.


A TRUE BILL


_____
GRAND JURY FOREPERSON


STEPHEN J. COX
UNITED STATES ATTORNEY


_____
Eric Erlandson
Special Assistant United States Attorney


1/13/21
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:21CR |
| v. | § | Judge |
| | § | |
| SHAWN CHISAM PRICE | § | |

## **NOTICE OF PENALTY**

### **Counts One**

Violation:    18 U.S.C. § 922(g)(1)

Penalty:      Imprisonment of not more than ten (10) years, a fine not to exceed
$250,000 or twice the pecuniary gain to the defendant or loss to the victim,
or both imprisonment and a fine; and a term of supervised release of not
more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender
under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not
more than life, a fine not to exceed $250,000 or twice the pecuniary gain to
the defendant or loss to the victim, or both; a term of supervised release of
not more than five (5) years.

Special Assessment: $ 100.00

**Indictment/Notice of Penalty - Page  3**